IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

In Re:

KATHLEEN ANNE DUDLEY,

    Debtor.

Bankr. No. 24-10034-j11
Adv. Proc. No. 24-01011-j

ILENE J. LASHINSKY,
*United States Trustee*,

    Plaintiff/Counter-Defendant,

    v.

CHARLES EDWARD LINCOLN, III,

    Defendant/Counter-Plaintiff.

Civ. No. 24-949 DHU/KK

## MEMORANDUM OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on: (i) Magistrate Judge Kirtan Khalsa's Proposed Findings and Recommended Disposition, filed July 31, 2025 (Doc. 11) ("PFRD"); (ii) Defendant Charles Edward Lincoln, III's "Preliminary Objections to Proposed Findings and Recommended Disposition [Document 11] on 7/31/25, Motion to Consolidate with 1:24-cv-00962-DHU, GBW, and Rule 72(b)(3) Motion to Schedule Evidentiary Hearing," filed August 29, 2025 (Doc. 17) ("Objections"); and (iii) Plaintiff's Response in Opposition to Defendant's Preliminary Objections, filed September 11, 2025 (Doc. 21). Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the Court has conducted a de novo review of the record and all parts of the Magistrate Judge's PFRD that have been properly objected to. After conducting this de novo review, and having thoroughly considered the PFRD, Mr. Lincoln's Objections, and Plaintiff's Response, the Court finds no reason either in law or fact to depart from the Magistrate Judge's

recommended disposition.

**IT IS THEREFORE ORDERED** that (i) Mr. Lincoln's Objections (Doc. 17) are overruled; (ii) the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 11) are adopted with the exception of Judge Khalsa's characterization of the 7052 motion as "successful" because whether the motion was successful or not is disputed by the parties and is in any event irrelevant to the Court's analysis and disposition; and (iii) Defendant Charles Edward Lincoln, III's Motion to Withdraw the Reference Under 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure ("Motion to Withdraw") (Doc. 1-1), filed September 25, 2024 is DENIED.

_____
**THE HONORABLE DAVID H. URIAS**
**UNITED STATES DISTRICT JUDGE**